STATE v. SHEFFIELD

No. 134P01

Case below: 142 N.C. App. —— (2 February 2001)

Motion by defendant for temporary stay pending consideration of petition for discretionary review and notice of appeal and any subsequent review of Court of Appeals opinion pursuant to N.C. Rule of Appellate Procedure 23(B) denied 9 March 2001. Petition by defendant for writ of supersedeas pending consideration of petition for discretionary review and notice of appeal and any subsequent review of Court of Appeals opinion pursuant to N.C. Rule App. P. 23(B) denied 5 April 2001. Petition by defendant for writ of supersedeas and motion for temporary stay denied 5 April 2001. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

STATE v. STOKELEY

No. 36P01

Case below: 141 N.C. App. 352

Motion by the Attorney General to dismiss the appeal for lack of substantial question allowed 1 March 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. TAYLOR

No. 576P00

Case below: 123 N.C. App. 786

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 March 2001.

STATE v. TAYLOR

No. 69P01

Case below: 141 N.C. App. 352

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.